## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 17-5144** |
| : | |
| **SHARON R. BOYNES** : | |
| Defendant. : | |

### ORDER

**AND NOW,** this 25th day of January 2018, upon consideration of Plaintiff's Motion for Entry of Judgment upon Consent of the Party [Doc. No. 2], it is hereby **ORDERED** that the Motion is **GRANTED**, and the Consent Judgment will be entered by the Court.

It is further **ORDERED** that the Clerk shall add Defendant's address of 5419 Christian Street, Philadelphia, PA  19143-2513 to the docket, and shall mail copies of this Order and the accompanying Consent Judgment to Defendant.  It is further **ORDERED** that, Consent Judgment having been entered this date, the Clerk is directed to **CLOSE** the case.

It is so **ORDERED.**

BY THE COURT:

/s/Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**