# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>SHARON R. BOYNES<br><br>Defendant | CIVIL NO. 17-05144<br><br>FILED<br>JAN 26 2018<br>KATE BARKMAN, Clerk<br>By_____ Dep. Clerk |

## CONSENT JUDGMENT

AND NOW, this 25th day of January, 2018, after consideration of the Stipulation to Enter Consent Judgment as agreed to by the parties it is hereby

ORDERED, ADJUDGED and DECREED

that Judgment is entered in favor of the United States of America and Against SHARON R. BOYNES, as follows:

| | |
|---|---|
| Principal | $2,506.52 |
| Interest at the rate of 9.0% | $2,913.37 |
| Total Due as of 11/21/2017 | $5,419.89 |

with interest thereafter at the legal rate.

BY THE COURT:

_Cynthia M. Rufe_
United States District Court Judge

Total amount shall be payable to United States Department of Justice and mailed to U.S. Department of Justice, Nationwide Intake Facility, P.O. Box 790363, St. Louis, MO 63179-0363, by monthly installments of $100.00 and subject to re-evaluation based on complete and accurate Financial information that the defendant SHARON R. BOYNES herewith agrees to supply every twelve (12) months.

Date: 12-19-17

_Sharon Boynes_
SHARON R. BOYNES
Defendant

Date: 1/12/18

_Rebecca A. Solarz_
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
Attorney for Plaintiff

Approved: Hon. Cynthia M. Rufe, J.
January 25, 2018